AO 10
Rev. 1/2012

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2011

*Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Kerrigan, Kathleen M. | United States Tax Court | 05/13/2012 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Tax Court Judge-Active | ☐ Nomination    Date<br>☐ Initial   ☑ Annual   ☐ Final<br>5b. ☐ Amended Report | 1/1/2011<br>to<br>12/31/2011 |

**7. Chambers or Office Address**

United States Tax Court
400 Second Street NW
Washington, DC 20217

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts,
checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑   NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐   NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 1998 | Baker & Hostetler LLP 401(k) and 401(a) plan with former law firm (Repported in Part VII) All in one account managed by Fidelity and allowed to select from |
| 2. | certain investments. Also, have option of rolling over into an IRA. |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kerrigan, Kathleen M. | 05/13/2012 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2011 | Core Media Incorporated- Salary |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kerrigan, Kathleen M. | 05/13/2012 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kerrigan, Kathleen M. | 05/13/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Schwab Roth Contributory IRA | A | Dividend | J | T | | | | | |
| 2. - Janus Fund | | | | | | | | | |
| 3. Schwab IRA Rollover | A | Dividend | L | T | | | | | |
| 4. - Schwab Cash Reserves | | | | | | | | | |
| 5. - Janus Fund | | | | | | | | | |
| 6. Schwab One Account #1 | | | | | | | | | |
| 7. Janus Fund | A | Dividend | K | T | | | | | |
| 8. Baker & Hostetler retirement account | C | Dividend | M | T | | | | | |
| 9. - Fid Growth Co K | | | | | | | | | |
| 10. - PIM Total Rt Inst | | | | | | | | | |
| 11. - Spartan 500 Index | | | | | | | | | |
| 12. - Baker & Hostetler Composite Fund | | | | | | | | | |
| 13. - WFA Govt Securities | | | | | | | | | |
| 14. Schwab Muni account | | | | | | | | | |
| 15. Arizona St Transn 5%/23 | B | Interest | K | T | | | | | |
| 16. Bay Area Toll Auth 5%21 | B | Interest | K | T | | | | | |
| 17. California ST 5%24 | B | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kerrigan, Kathleen M. | 05/13/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | California ST Dept 5%/19 | B | Interest | K | T | | | | | |
| 19. | Colorado Health FAC 5%17 | B | Interest | K | T | | | | | |
| 20. | Colorado Health 5.125%18 | A | Interest | K | T | | | | | |
| 21. | Georgia ST 5%/17 | B | Interest | | | Sold | 08/12/11 | K | B | |
| 22. | Houston Tex Util 5.25%/18 | B | Interest | K | T | | | | | |
| 23. | Long Island PWR AUT5%/19 | B | Interest | K | T | | | | | |
| 24. | Louisiana PUB FACS 5%19 | B | Interest | K | T | | | | | |
| 25. | Miami-Dade CNTY FLA 5%/22 | B | Interest | K | T | | | | | |
| 26. | Michigan ST Trun 5.25%21 | B | Interest | K | T | | | | | |
| 27. | Michigan ST Trunk 5.5%/21 (Y) | | | | | | | | | |
| 28. | New Jersey ST CTFS 5%/17 | B | Interest | K | T | | | | | |
| 29. | New Jersey Econ 5.25%/22 (Y) | | | | | | | | | |
| 30. | New York NY 5%16 | A | Interest | | | Sold | 03/15/11 | K | A | |
| 31. | New York NY 5.25%16 | A | Interest | | | Sold | 06/03/11 | J | A | |
| 32. | New York NY 5%22 | | None | K | T | Buy | 11/06/11 | K | | |
| 33. | New York ST URBA 5.25%24 | B | Interest | K | T | | | | | |
| 34. | Noeth Carolina Mun 5%/24 | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kerrigan, Kathleen M. | 05/13/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Ohio ST WTR Dev Aut 5%/17 (Y) | | | | | | | | | |
| 36. Puerto Rico Commonwlth 5%16 (Y) | | | | | | | | | |
| 37. San AntonioTex Ele 5%/19 | A | Interest | K | T | | | | | |
| 38. San Fransico Calf 5%23 | B | Interest | K | T | | | | | |
| 39. Texas Muni Gas AC 5.25%23 (Y) | | | | | | | | | |
| 40. Texas State 5%18 | B | Interest | K | T | | | | | |
| 41. Virginia Beach VA 5%17 (Y) | | | | | | | | | |
| 42. Virginia College BL 5%19 | A | Interest | K | T | | | | | |
| 43. Virginia Small Bus 5%17 | A | Interest | | | Sold | 10/11/11 | K | B | |
| 44. Virginia College Bl 5%20 | B | Interest | K | T | | | | | |
| 45. Virginia ST PUB BLD 5%21 | A | Interest | K | T | | | | | |
| 46. Virginia ST PUB BLD 5%21 | A | Interest | J | T | Buy | 10/11/11 | J | | |
| 47. Virigina ST PUB SCH5%26 | A | Interest | | | Sold | 09/02/11 | K | A | |
| 48. Virginia ST PUB SCH 5%20 | A | Interest | K | T | Buy | 10/17/11 | K | | |
| 49. Virginia ST RES 5.5%17 | B | Interest | K | T | | | | | |
| 50. Virginia ST RES 5%17 | A | Interest | K | T | | | | | |
| 51. Vriginia ST RES 5%19 | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kerrigan, Kathleen M. | 05/13/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐　　NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Virginia ST RES AUT 5%20 | B | Interest | K | T | | | | | |
| 53. Virginia ST. RES AUT 5%20 | A | Interest | K | T | | | | | |
| 54. Virginia St. RES AUT 5%20 | A | Interest | K | T | Buy | 05/20/11 | K | | |
| 55. Virginia ST RES Aut 5%21 | A | Interest | K | T | | | | | |
| 56. Virginia ST RES Aut 5%22 | A | Interest | K | T | | | | | |
| 57. Virginia ST Res Aut 5%24 | A | Interest | K | T | Buy | 11/08/11 | K | | |
| 58. Schwab 1 Account # 2 | | | | | | | | | |
| 59. JP Morgan Chase common stock | A | Dividend | K | T | | | | | |
| 60. Walgreen Company common stock | A | Dividend | J | T | | | | | |
| 61. Schwab Cash Reserves | A | Dividend | J | T | | | | | |
| 62. Templeton Dragon Fund | A | Dividend | K | T | | | | | |
| 63. PIMCO Total Return Fund | A | Dividend | M | T | | | | | |
| 64. Matthews India Fund | A | Dividend | K | T | | | | | |
| 65. Schwab Total Stock Mkt | C | Dividend | M | T | | | | | |
| 66. Vanguard Value Index | C | Dividend | M | T | | | | | |
| 67. Yacktman Fund | C | Dividend | N | T | | | | | |
| 68. ISHARES MSCI CDA IDX FD | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. SCHW INTL EQ ETF | B | Dividend | L | T | | | | | |
| 70. Schwab Government Money Fund (Y) | | | | | | | | | |
| 71. Schwab Rollover IRA #2 | | None | O | T | | | | | |
| 72. - Templeton Dragon Fund | | | | | | | | | |
| 73. - PIMCO Total Return Fund | | | | | | | | | |
| 74. - Blackrock Latin America | | | | | | | | | |
| 75. - Matthews India Fund | | | | | | | | | |
| 76. - Oppenheimer Equity Income Fund | | | | | | | | | |
| 77. - Schwab Total Stock MKT | | | | | | | | | |
| 78. - SCW INTL EQ ETF | | | | | | | | | |
| 79. - MVC Capital Inc. stock | | None | | | Sold | 04/06/11 | J | | |
| 80. Schwab One Account #3 | | | | | | | | | |
| 81. Currency Shares Japanese | | None | J | T | Buy | 10/05/11 | J | | |
| 82. IShares Gold Trust | | None | J | T | Buy | 04/11/11 | J | | |
| 83. IShares IBoxx Investop | A | Dividend | J | T | Buy | 10/05/11 | J | | |
| 84. PIMCO EXCH Traded Fund 15+ YR US TIPS INDEX FD | A | Dividend | J | T | Sold (part) | 10/05/11 | J | A | |
| 85. | | | | | Buy | 04/11/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kerrigan, Kathleen M. | 05/13/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | Sold (part) | 05/31/11 | J | A | |
| 87. PowerSHS DC COMMDTY INDX | | None | J | T | Buy | 04/11/11 | J | | |
| 88. PowerSHS QQQ Trust SER 1 | | None | J | T | Buy (add'l) | 10/05/11 | J | | |
| 89. | | | | | Sold (part) | 05/31/11 | J | A | |
| 90. | | | | | Buy | 04/11/11 | J | | |
| 91. SPDR S&P 500 ETF TR | A | Dividend | | | Sold | 09/13/11 | J | | |
| 92. | | | | | Buy | 04/11/11 | J | | |
| 93. SPDR Gold Trust | | None | J | T | Buy (add'l) | 05/31/11 | J | | |
| 94. | | | | | Buy | 04/11/11 | J | | |
| 95. | | | | | Sold (part) | 10/05/11 | J | A | |
| 96. Vanguard DIV Apprciation | A | Dividend | J | T | Buy (add'l) | 05/31/11 | J | | |
| 97. | | | | | Buy | 04/11/11 | J | | |
| 98. Vanguard INTL Equity Index | | None | | | Sold | 05/31/11 | J | | |
| 99. | | | | | Buy | 04/11/11 | J | | |
| 100. Vanguard MSCI Emerging | A | Dividend | J | T | Buy | 04/11/11 | J | | |
| 101. Vangaurd MSCI EAFE ETF | A | Dividend | J | T | Buy | 05/31/11 | J | | |
| 102. Vanguard REIT | A | Dividend | J | T | Buy | 04/11/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kerrigan, Kathleen M. | 05/13/2012 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Vanguard Total Stock MKT | | None | K | T | Buy (add'l) | 10/05/11 | J | | |
| 104. | | | | | Buy | 04/11/11 | K | | |
| 105. Widsomtree Asia ETF Local Debt Fund | A | Dividend | J | T | Sold (part) | 09/27/11 | J | | |
| 106. | | | | | Buy (add'l) | 05/31/11 | J | | |
| 107. | | | | | Buy | 04/11/11 | J | | |
| 108. Widsomtree Emerging ETF Markets Local Debt Fund | A | Dividend | | | Sold (part) | 09/27/11 | J | | |
| 109. | | | | | Sold (part) | 05/31/11 | J | A | |
| 110. | | | | | Buy (add'l) | 08/11/11 | J | | |
| 111. | | | | | Buy | 04/11/11 | J | | |
| 112. ISHARES MSCI GRMNY IDX INDEX Fund | | None | | | Sold | 05/17/11 | J | | |
| 113. | | | | | Buy | 04/11/11 | J | | |
| 114. ISHARES MSCI KOREA IDX | | None | | | Sold | 05/17/11 | J | | |
| 115. | | | | | Buy | 04/11/11 | J | | |
| 116. Schwab Cash Reserves (Y) | | | | | | | | | |
| 117. Windsomtree Brazilian Real Funds | | None | | | Sold | 09/27/11 | J | | |
| 118. | | | | | Buy | 05/31/11 | J | | |
| 119. ISHARES MSCI HK IDX | A | Dividend | J | T | Sold (part) | 08/05/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kerrigan, Kathleen M. | 05/13/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. | | | | | Buy (add'l) | 05/31/11 | J | | |
| 121. | | | | | Buy (add'l) | 10/05/11 | J | | |
| 122. | | | | | Buy (add'l) | 11/01/11 | J | | |
| 123. | | | | | Buy | 04/11/11 | J | | |
| 124. ISHARES TR BARCLAYS BONDBARCLAYS 710 YEAR TREASURY Bond Fund | A | Dividend | J | T | Buy | 05/31/11 | J | | |
| 125. ISHARES TR BARCLAYS TIPS Bond Fund | A | Dividend | J | T | Buy | 9/27/11 | J | | |
| 126. Schwab High Yield Investor Savings | C | Interest | O | T | | | | | |
| 127. Schwab One Account #4 | | | | | | | | | |
| 128. Oppenheimer Equity Income Fund | A | Dividend | K | T | | | | | |
| 129. Yacktman Fund | A | Dividend | K | T | | | | | |
| 130. Schwab Roth IRA #2 | A | Dividend | J | T | | | | | |
| 131. -Templeton Dragon Fund | | | | | | | | | |
| 132. - Matthews India Fund | | | | | | | | | |
| 133. - Schwab Total Stock Market | | | | | | | | | |
| 134. - IShares MSCI Canada Index | | | | | | | | | |
| 135. - Schwab International Equity ETF | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kerrigan, Kathleen M. | 05/13/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 136. Schwab One Account #5 | | | | | | | | | |
| 137. Oppenheimer Equity Income Fund | B | Dividend | L | T | Buy | 04/06/11 | K | | |
| 138. Yackman Fund | A | Dividend | K | T | | | | | |
| 139. Schwab Roth IRA #4 | A | Dividend | J | T | | | | | |
| 140. - Matthews India Fund | | | | | | | | | |
| 141. - Schwab Total Stock Market | | | | | | | | | |
| 142. - Templeton Dragon Fund | | | | | | | | | |
| 143. DWS Large Cap Value Fund-S | B | Dividend | M | T | | | | | |
| 144. Bank of America Series of accounts | A | Interest | M | T | | | | | |
| 145. American Express Savings Account | D | Interest | O | T | | | | | |
| 146. ING Savings Account | A | Interest | O | T | | | | | |
| 147. Capitol One Savings Account | C | Interest | O | T | | | | | |
| 148. Congressional Bank Savings Accounts | B | Interest | M | T | | | | | |
| 149. Discover Bank Savings Account | B | Interest | M | T | | | | | |
| 150. EDSC Limited Partnership | C | Rent | M | W | | | | | |
| 151. NSP Limited Partnership | E | Rent | N | W | | | | | |
| 152. VSSC Limited Partnership | D | Rent | M | W | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kerrigan, Kathleen M. | 05/13/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 153. THSC Limited Partnership | E | Rent | M | W | | | | | |
| 154. Falstafff Center LLP | D | Interest | M | W | | | | | |
| 155. PHSA Medical Center LLC | D | Rent | N | W | | | | | |
| 156. Open Text Corporation Stock (Y) | | | | | | | | | |
| 157. Acacia Federal Savings Bank | A | Interest | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kerrigan, Kathleen M. | 05/13/2012 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

In Part VII. Investments and Trusts, lines 151through 156 are all limited partnership investments in real estate.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Kathleen M. Kerrigan**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544